# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHARLES KOVIACH, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 14-2874** |
| **CRESCENT CITY CONSULTING, LLC, ET AL.** | **SECTION: "E" (4)** |

## ORDER

Before the Court is a **Motion to Compel (R. Doc. 34)**, filed by the Plaintiffs, seeking an Order from the Court to compel Defendants to respond fully to their Request for Productions Nos. 21, 22, and 29. R. Doc. 34, p. 1.

Local Rule 7.5 of the United States District Court for the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed eight days prior to the noticed submission date. The motion was noticed for submission on March 2, 2016; thus, Defendants' opposition was due on February 23, 2016. Defendants filed an opposition on February 25, 2015, and did not request leave of the Court to file the untimely opposition or provide any explanation for the untimely filing. *See* R. Doc. 35. The opposition was untimely and will not be considered.

Accordingly,

**IT IS ORDERED** that the Plaintiffs' **Motion to Compel (R. Doc. 34)** is **GRANTED AS UNOPPOSED**. Defendants shall respond to Plaintiffs' Request for Productions Nos. 21, 22, and 29 no later than **ten (10) days** from the signing of this Order.

New Orleans, Louisiana, this 24th day of March 2016.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**